UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILLA, AMANCIO
DOCKET# CR02551322QN

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

102 PCT./CITY OF NEW YORK
REP./ OFFICERS' JOHN DOE

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes  ☑ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☑ Other: __WRONGFULLY ARRESTED / DOCKET #__
__CR-025513-22QN__

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

__AMANCIO__      __A__      __MILLA__
First Name       Middle Initial    Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

__441 230 2672__
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

__NIC / 6 SOUTH__
Current Place of Detention

__1500 HAZEN STREET__
Institutional Address

__QUEENS, EAST ELMHURST__   __NEW YORK__   __11370__
County, City           State          Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**

First Name: JOHN
Last Name: DOE
Shield #: UNKNOWN AT THIS PRESENT TIME

Current Job Title (or other identifying information): OFFICER OF THE 102 PCT

Current Work Address: 118th STREET & JAMAICA AVE

County, City: QUEENS, RICHMOND HILL
State: N.Y.
Zip Code: 11419

**Defendant 2:**

First Name: JOHN
Last Name: DOE
Shield #: "

Current Job Title (or other identifying information): "

Current Work Address: "

County, City:
State:
Zip Code:

**Defendant 3:**

First Name:
Last Name:
Shield #:

Current Job Title (or other identifying information):

Current Work Address:

County, City:
State:
Zip Code:

**Defendant 4:**

First Name:
Last Name:
Shield #:

Current Job Title (or other identifying information):

Current Work Address:

County, City:
State:
Zip Code:

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 129-07 101 AVE RICHMOND HILL, N.Y. 11419.

Date(s) of occurrence: OCT 15, 2022 (ARRESTED.

FACTS: INCIDENT AUG, 3 2022 / DOCKET # CR-02551322QN

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

EXACT TIMES AND DATES TO BE FILLED IN AFTER FOIL REQUEST IS RECIEVED. I WAS ARRESTED BY REPRESENTATIVES OF THE NEW YORK CITY DEPT OF POLICE FOR A VIDEO. DUE TO THE FACT THAT I LOOK NOTHING LIKE THE MAN IN THE VIDEO AND ALSO THAT ON AUGUST 3RD 2022 I WAS IN FLUSHING HOSPITAL'S ICU UNIT I KNOW IF ADEQUIT POLICE PROTOCAL OR INVESTIGATION WOULD HAVE BEEN DONE I SHOULD NOT HAVE BEEN TREATED THE WAY I WAS. I SAT ON RIKERS FOR 51 DAYS BECAUSE I WAS CHARGED INCORRECTLY. THE BONDSMEN CLAIMED I HAD 5 OPEN CASES. I WAS NEVER QUESTIONED OR GIVEN A CHANCE TO EXPLAIN ANYTHING. THE OFFICERS CAME IN MY YARD WITHOUT PERMISSION AND ROUGH HOUSED ME PUSHING, HURTING MY WRISTS. I LOST MY JOB THAT TOOK ME A LONG TIME TO GET. I AM MY MOM'S CAREGIVER (SHE WAS 86 YEARS OF AGE) AND WAS FORCED TO MAKE ME WORRY ABOUT HER. (ATTACHED PAGE)

I FEEL THEY DID NOT DO THIER JOB, HURT ME IN MISSED OPPORTUNITIES TO BETTER MY LIFE BECAUSE I WAS ATTENDING PROGRAMS, WORKING, TAKING CARE OF MY MOTHER, LOST MY RELATIONSHIP WITH A WONDERFUL WOMAN. I NEED TO GET ON DEPRESSION MEDICATION BECAUSE THE LIMBO FEELING WAS OVER WHELMING. I WAS INVOLVED IN A FIGHT DEFFENDING MY SELF. I WAS BAILED OUT AFTER 51 DAYS AND THE CASE WAS DISMISSED. DUE TO THE UNABILITY TO FILE FOR NOTICE OF INTENT I KNOW IT WAS ALL UNFAIR.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

MENTAL ANGUISH, DEPRESSION, NEED FOR CONSOULING WITH A THERAPIST

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

REPROMAND THE OFFICERS FOR THIER INABILITY TO DO THEIR JOB AND $200,000 FOR ILLEGAL ARREST AND THE SUFFERING THAT COMES WITH JAIL

Page 5

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

__10/25/23__
Dated

__Amancio Milla__
Plaintiff's Signature

__AMANCIO__   __A__   __MILLA__
First Name    Middle Initial    Last Name

__1500 HAZEN STREET__
Prison Address

__QUEENS, EAST ELMHURST__   __N.Y.__   __11370__
County, City    State    Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: __10/26/23__

