```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

  AMANCIO MILLA,

                        Plaintiff,              MEMORANDUM & ORDER
                                                 23-CV-8511 (EK)(LB)
            -against-

  102ND PCT, CITY OF NEW YORK, POLICE
  OFFICER FAUTSO A. ROJAS, and POLICE
  OFFICER DAMIE M. DANSEGLIO

                        Defendants.

--------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Bloom's Report and Recommendation (R&R) dated February 7, 2025. ECF No. 50. Judge Bloom recommends that the Court grant the defendants' motion to dismiss for failure to prosecute. Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews Judge Bloom's recommendation for clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

        Having reviewed the record, I find no error and therefore adopt the R&R in its entirety. Thus, the plaintiff's complaint is dismissed, without prejudice, for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal.  *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).  The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

                                                 /s/ Eric Komitee  
                                                ERIC KOMITEE  
                                                United States District Judge

Dated:    February 27, 2025  
            Brooklyn, New York